PER CURIAM.
AFFIRMED on the authority of Canakaris v. Canakaris, 382 So.2d 1197 (Fla.1980); Dobson v. Samson, 598 So.2d 139 (Fla. 5th DCA 1992); Conroy v. Conroy, 585 So.2d 957 (Fla. 5th DCA 1991), rev. den., 595 So.2d 556 (Fla.1992); Baldwin v. Baldwin, 576 So.2d 400 (Fla. 5th DCA 1991); Cole v. Cole, 530 So.2d 467 (Fla. 5th DCA 1988); Jones v. Vrba, 513 So.2d 1080 (Fla. 5th DCA 1987); Elebash v. Elebash, 450 So.2d 1268 (Fla. 5th DCA 1984); Giachetti v. Giachetti, 416 So.2d 27 (Fla. 5th DCA 1982); and the majority opinion in Mast v. Reed, 578 So.2d 304 (Fla. 5th DCA 1991) (en banc).
DAUKSCH, COWART and DIAMANTIS, JJ., concur.